UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 2:18-CV-14133-MIDDLEBROOKS/MAYNARD

DAVID POSCHMANN,

    Plaintiff,
vs.

RLV TREASURE COAST, L.P.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant, RLV TREASURE COAST, L.P., on behalf of all parties, hereby advises the Court that the parties have reached a settlement of the above-styled claim.  The parties are in the process of preparing a formal settlement agreement, and respectfully request that the Parties be permitted twenty-one (21) days to file with the Court a Joint Stipulation of Dismissal *with Prejudice* to allow the Parties sufficient time to complete their respective obligations under the agreement prior to dismissal of the action.

Dated:  December 7, 2018.

Respectfully submitted,

By: */s/ Shayla N. Waldon*
    Arlene K. Kline (Florida Bar No. 104957)
    E-mail:  arlene.kline@akerman.com
    Shayla N. Waldon (Florida Bar No. 105626)
    E-mail: shayla.waldon@akerman.com
    **AKERMAN LLP**
    777 South Flagler Drive
    Suite 1100 West Tower
    West Palm Beach, FL  33401-6183
    Telephone:  (561) 653-5000
    Facsimile:  (561) 659-6313

    *Counsel for Defendant*
    *RLV Treasure Coast, L.P.*

47178756;1

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel and parties of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Shayla N. Waldon*
Shayla N. Waldon
Florida Bar No. 105626

## SERVICE LIST

*David Poschmann v. RLV Treasure Coast, L.P.*
*Case No.: 2:18-CV-14133-MIDDLEBROOKS/MAYNARD*

**United States District Court, Southern District of Florida**
**Fort Pierce Division**

Drew M. Levitt, Esq.
E-mail: dml2@bellsouth.net
Lee David Sarkin, Esq.
E-mail: lsarkin@aol.com
4700 NW Boca Raton Blvd., Suite 302
Boca Raton, FL 33431
Telephone: (561) 994-6922
Facsimile: (561) 994-0837

*Attorneys for Plaintiff, David Poschmann*
*(via CM/ECF)*

47178756;1